[THE STATE, EX REL.] PORTER, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT, ET AL.

[Cite as Porter *v.* Indus. Comm. (1986), 25 Ohio St. 3d 34.]

(No. 85-1523—Decided July 9, 1986.)

*Anthony J. Celebrezze, Jr.,* attorney general, and *Merl H. Wayman,* for appellant.

The judgment of the court of appeals (case No. 84AP-988) granting a writ of mandamus is hereby reversed on authority of *Vulcan Materials Co.* v. *Indus. Comm.* (1986), 25 Ohio St. 3d 31, decided this date.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.